**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION**

| | |
|---|---|
| CASSANDRA MONTGOMERY,            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | Case No.    2:11-cv-12986-GER-RSW |
| vs.            ) | Division No. |
| ) | |
| NORTHSTAR LOCATION            ) | |
| SERVICES, LLC,            ) | |
| ) | |
| Defendant.            ) | |

## NOTICE OF VOLUNTARY DISMISSAL

CASSANDRA MONTGOMERY (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NORTHSTAR LOCATION SERVICES, LLC.. (Defendant), in this case.

DATED:  January 30, 2012            RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.


By: /s/ Michael S. Agruss

Michael S. Agruss
Krohn & Moss, Ltd.
10 N. Dearborn, 3rd Floor
Chicago, IL 60602
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
CA SBN 259567
Attorneys for Plaintiff

- 1 -

- 2 -

## **CERTIFICATE OF SERVICE**

      I, Michael S. Agruss, certify that a true and correct copy of the foregoing was served electronically via gneidle@dobbsneidle.com upon opposing counsel of record.

                                          By: /s/ Michael S. Agruss
                                            Michael S. Agruss
                                            Attorney for Plaintiff