**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

| | |
|---|---|
| CASSANDRA MONTGOMERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.   2:11-cv-12986 |
| vs. ) | |
| ) | Hon. Gerald E. Rosen |
| NORTHSTAR LOCATION ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  January 31, 2012           s/Gerald E. Rosen
                                   Chief Judge, United States District Court